No. 470. YAMHILL ELECTRIC CO. v. MCMINNVILLE ET AL. Jurisdictional statement submitted January 13, 1930. Decided January 20, 1930. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. Treating the papers whereon the appeal was allowed as a petition for certiorari, as required by § 237 (c) of the Judicial Code, as amended by the Act of February

13, 1925 (c. 229, 43 Stat. 936, 938), certiorari is denied. *Mr. Walter L. Tooze, Jr.,* for appellant. *Mr. John P. Kavanaugh* for appellees.